No. 374. TODARO v. PEDERSON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *Henry C. Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for respondent.

No. 410. JACKSON BREWING Co. v. CLARKE. C. A. 5th Cir. Certiorari denied. *Cornelius O. Ryan* for petitioner. *W. C. Harvin* for respondent.

No. 331. KLAPHOLZ v. ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Morey J. Herzog* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for respondent.

No. 349. UNITED MINE WORKERS OF AMERICA v. FLAME COAL Co. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Harrison Combs* and *M. E. Boiarsky* for petitioner. *Howard H. Baker, Jr.* for respondents.

No. 365. GREENHILL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Eugene Gressman* and *George Kaufmann* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.